ACCEPTED
03-15-00051-CV
6786734
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 2:40:07 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00051-CV

IN THE COURT OF APPEALS
THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 2:40:07 PM
JEFFREY D. KYLE
Clerk

TRENT LINDIG,

*Appellant*

v.

PLEASANT HILL ROCKY COMMUNITY CLUB

*Appellee*

ON APPEAL FROM THE 33RD DISTRICT COURT, BLANCO COUNTY, TEXAS
HONORABLE J. ALLAN GARRETT PRESIDING
CAUSE NO. CV07580

**UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO
FILE MOTION FOR REHEARING**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant respectfully presents this unopposed first motion to extend the time in which to file a motion for rehearing pursuant to Texas Rule of Appellate Procedure 49.8. No previous motions for extension of time to file a motion for rehearing have been filed. In support of this motion, appellant would show the Court as follows:

**I.**

Appellant's motion for rehearing is currently due on September 14, 2015. Because of the events and matters described more fully below, appellant requests an extension of an additional 30 days in which to file the motion for rehearing or until October 14, 2015.

**II.**

The requested extension is necessary because the following matters have prevented the undersigned from completing the motion for rehearing and will preclude the undersigned from doing so sooner than October 14, 2015:

1. The undersigned is preparing the appellees' brief in *In re Jack Ikenaga, Sr., Deceased*, No. 04-15-00005-CV, which is currently due on September 23, 2015;

2. The undersigned is lead appellate counsel in *Hindes v. La Salle County*, No. 04-14-00651-CV and is evaluating a motion for rehearing and motion for rehearing *en banc* following the court of appeals' August 26, 2015 opinion;

3. The undersigned is reviewing and revising motions for summary judgment in *George L. Hachar, Sr.*, No. 2010-CI-18274, in the 407th Judicial District Court, Bexar County, Texas; and

4. The undersigned has a pre-planned vacation scheduled and will be out of state from September 4, 2015 through September 7, 2015; and

5. The undersigned has been required to attend out-of-town meetings from September 10, 2015 through September 13, 2015, in connection with his service on the State Bar of Texas Executive Committee and as President-elect of the Texas Young Lawyers Association.

For all of the reasons explained above, counsel for appellant cannot complete the motion for rehearing by its current due date of September 14, 2015, and needs an additional 30 days in which to do so.

**III.**

On September 2, 2015, the undersigned conferred with Jeff Small, lead appellate counsel for appellee. Mr. Small indicated that this motion would not be opposed.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully requests that this Court grant his motion for extension of time in which to file the motion for rehearing, extend the deadline in which to file the motion an additional 30 days up to and including October 14, 2015, and grant such other and further relief to which appellants may be justly and equitably entitled.

Respectfully submitted,

/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III
State Bar No. 24041135
Direct Line: (210) 775-0882
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Telephone: (210) 775-0880
Fax: (210) 826-0075
sam@hdappeals.com

ATTORNEY FOR APPELLANTS

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure, on this 3rd day of September, 2015:

Jeff D. Small                                          *Via email/e-service*
LAW OFFICE OF JEFF SMALL
12451 Starcrest Dr. #100
San Antonio, Texas 78216
jdslaw1951@gmail.com


Norman L. Nevins                                *Via email/e-service*
THE NEVINS LAW FIRM
206 West Main Street
Fredericksburg, Texas 78624
nnevinslaw@yahoo.com


/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III